AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

UNITED STATES OF AMERICA
v.
DAVID DONADO

**APPEARANCE**

Case Number: 05CR708(AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DAVID DONADO

I certify that I am admitted to practice in this court.

March 6, 2006
Date

*(signature)*
Signature

Lee Ginsberg   7724
Print Name   Bar Number

30 Vesey Street, Suite 100
Address

New York, NY 10007
City   State   Zip Code

(212) 608-0808   (212) 962-9696
Phone Number   Fax Number