# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS

THE UNDERWOOD BUILDING
30 VESEY STREET, SUITE 100
NEW YORK, N.Y. 10007
(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM

RECEIVED OCT 03 2006 ALVIN [HELLERSTEIN] [U.S.D.J.]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/06

October 3, 2006

So ordered
10-3-06
[signature] A.K. Hellerstein

**BY FAX 212-805-7942**
Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. David Donado**
S02 05 Cr. 708 (AKH)

Dear Judge Hellerstein:

The parties have reached an agreement in the above listed matter and wish to schedule a plea before this court. As the attached letter indicates, we have requested that Judge Berman transfer the matter currently pending before him to Your Honor, for the purpose of this disposition. After discussion with your Courtroom Deputy and being mindful of your trial schedule, we respectfully request that the matter be scheduled for October 11, 2006 at 4 p.m. Thank you for your consideration.

Respectfully,
[signature]
Lee Ginsberg

cc: Hon. Richard M. Berman
Anirudh Bansal, Esq. (AUSA)