# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS

THE UNDERWOOD BUILDING
30 VESEY STREET, SUITE 100
NEW YORK, N.Y. 10007
(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 3/15/07]

[Stamp: MAR 13 2007 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.]

March 13, 2007

**BY FAX (212) 805-7942**
Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

[Handwritten endorsement: Sentencing is adjourned to April 27, 2007, at 11:30 a.m. 3-14-07 /s/ AKH]

Re: **United States v. David Donado**
S2 03 CR 1188 (AKH)
S2 05 CR 708 (AKH)

Your Honor:

    I write to request an adjournment of thirty days for the sentencing of Mr. Donado. The matter is currently scheduled for March 22, 2007. There is an issue regarding the guideline calculation which the parties are trying to resolve and both AUSA's assigned to this matter are either on trial or will be on trial during the next few weeks. I have spoken with AUSA Anirudh Bansal and he consents to this request.

Respectfully,

/s/ Lee Ginsberg
Lee Ginsberg

LG/cr

cc: Anirudh Bansal, Esq. AUSA (By Fax)

**MEMO ENDORSED**