**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Document # __75__

-------------------------------------------------

U. S. A.

-v-

DAVID DONADO

-------------------------------------------------

U.S.C.A. # __07 - 3109 - cr__

U.S.D.C. # __05 - cr - 0708 - 5__

JUDGE: __Alvin K. Hellerstein__

DATE: __November 8, 2007__

*U.S. DISTRICT COURT FILED NOV 0 8 2007 S.D. OF N.Y.*

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __Nezam Dulal o/b/o Beth M. Farber__
FIRM: __McCarter & English, LLP__
ADDRESS: __New York, New York 10167__

PHONE NO.: __(212) 609-6800__

**DISTRICT COURT DOCKET ENTRIES** --------------------------------------------------------

**DOCUMENT DESCRIPTION**                                                     **DOC. #**

| Description | Doc. # |
|---|---|
| CLERK'S CERTIFICATE | |
| SEE ATTACHED LIST OF NUMBERED DOCUMENTS | |
| ** ALL OTHERS MISSING AT THIS TIME ** | |
| TRANSCRIPT | # 29 |
| NOTICE OF APPEAL (Duplicate Original) | # 58 |
| TRANSCRIPT | # 59 |
| CJA 20 as to David Donado | # 62 |

(XXX) Original Record                                    (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 8TH Day of November, 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ------------------------------------------------- | U.S.C.A. # ___07 - 3109 - cr___ |
| **U. S. A.** | |
| | U.S.D.C. # ___05 - cr - 0708 - 5___ |
| -v- | |
| | JUDGE: ___Alvin K. Hellerstein___ |
| **DAVID DONADO** | |
| ------------------------------------------------- | DATE: ___November 8 , 2007___ |

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _1_ Through _61_, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | ** BALANCE OF FILE MISSING AT THIS TIME ** |
| Mar. 06, 2006 | CJA 20 as to David Donado |
| Jun. 16, 2006 | TRANSCRIPT |
| Jul. 05, 2007 | NOTICE OF APPEAL (Duplicate Original) |
| Jul. 23, 2007 | TRANSCRIPT |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 8TH Day of November In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
        Deputy Clerk

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-00708-AKH-5
### Internal Use Only

Case title: USA v. Ardila-Rojas et al

Date Filed: 07/07/2005
Date Terminated: 07/05/2007

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2005 | 40 | SEALED INDICTMENT as to Sealed Defendant 1 (1) count(s) 1, Sealed Defendant 2 (2) count(s) 1, Sealed Defendant 3 (3) count(s) 1, Sealed Defendant 4 (4) count(s) 1, Sealed Defendant 5 (5) count(s) 1, Sealed Defendant 6 (6) count(s) 1, Sealed Defendant 7 (7) count(s) 1, Sealed Defendant 8 (8) count(s) 1, Sealed Defendant 9 (9) count(s) 1. (fk) (Entered: 10/26/2007) |
| 07/28/2005 | | Case Designated ECF as to Alvaro Ardila-Rojas, David Donado, Denise Donado. (fk) (Entered: 10/26/2007) |
| 07/28/2005 | 1 | (S1) SUPERSEDING INDICTMENT FILED as to Alvaro Ardila-Rojas (2) count(s) 1s, David Donado (5) count(s) 1s, Denise Donado (6) count(s) 1s. (fk) (Entered: 10/26/2007) |
| 11/08/2005 | 10 | (S2) SUPERSEDING INDICTMENT FILED as to Alvaro Ardila-Rojas (2) count(s) 1ss, Nellie Agudelo-Piedrahita (3) count(s) 1s, 2s, 3s, David Donado (5) count(s) 1ss, Denise Donado (6) count(s) 1ss, Jonathan Salazar (8) count(s) 1s. (fk) (Entered: 10/26/2007) |
| 11/22/2005 | | Minute Entry for proceedings held before Judge Henry B. Pitman : Plea entered by David Donado (5) Count 1 Not Guilty. (fk) (Entered: 10/26/2007) |
| 11/22/2005 | | Minute Entry for proceedings held before Judge Henry B. Pitman :Initial Appearance as to David Donado held on 11/22/2005. (fk) (Entered: 10/26/2007) |
| 11/22/2005 | | Minute Entry for proceedings held before Judge Henry B. Pitman: Arraignment as to David Donado (5) Count 1ss held on 11/22/2005. AUSA David Juffe present; Defendant David Donado present; Deft counsel Justin Levin present. Time between 11/22/2005 and 12/2/2005 excluded in the interest of justice without objection. (fk) (Entered: 10/26/2007) |
| 12/02/2005 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein: Pretrial Conference as to David Donado, Denise Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar held on 12/2/2005. Deft. Nellie Agudelo-Piedrahita present with atty Gregory Cooper; Deft David Donado present with atty Justin Levine; Deft. Denise Donado present with atty Sabrina Shroff; Deft Jonathan Salazar present with atty Gregory Cooper for Joe Grub; AUSA Anirudh Bansal present. Court reporter Rebecca Forman present; Interpreter Mirta Hess present. Atty Gregory Cooper is relieved and atty Charles S. Hochbaum is appointed. Next PTC is set for 2/3/2006 at 10:45a.m. Time excluded until 2/3/2006 in the interest of justice. All defts continued remanded. (fk) (Entered: 10/26/2007) |
| 01/02/2006 | | ORAL ORDER as to David Donado, Denise Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar Time excluded from 12/2/2005 until 2/3/2006., As to David Donado, Denise Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar Pretrial Conference set for 2/3/2006 10:45 AM before Judge Alvin K. Hellerstein. (Signed by Judge Alvin K. Hellerstein on 12/2/2005)(jar, ) (Entered: 01/17/2006) |
| 01/09/2006 | | Minute Entry for proceedings held before Judge Frank Maas :Bond Hearing as to David Donado held on 1/9/2006. Defendant David Donado present with Attorney Justin Levine. AUSA Anirudh Bansal present, Spanish interpreter present. 500,000 PRB with 5 financially responsible persons and 100,000 secured. Travel restricted to SDNY/EDNY/SD of Florida. Surrender travel documents & no new applications. Strict pretrial supervision, home incarceration and electronic monitoring. Defendant to be released upon following conditions: All to be met before release. (jar, ) (Entered: 01/18/2006) |
| 02/03/2006 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein :Pretrial Conference as to David Donado, Denise Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar held on 2/3/2006, as to David Donado, Denise Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar; Pretrial Conference set for 3/10/2006 10:45 AM before Judge Alvin K. Hellerstein. Deft David Donado present with atty Michael Greifinger for Justine Levine; Deft Denise Donado present with atty Sabrina Shroff; Deft present with atty. Nellie Agudelo-Piedrahita present with atty Howard Leader; Deft Jonathan Salazar present with atty Joseph Grob; AUSA, Anirudh Bansal present. Court reporter Michelle Bulkley present. Interpreter Walter Krochmal present. Next PTC is set for 3/10/06 at 10:45am. Time excluded until 3/10/06; in the interests of justice; Deft Denise Donado cont'd on bail; The remaining defts cont'd remanded. (fk) (Entered: 10/26/2007) |
| 03/06/2006 | 22 | NOTICE OF ATTORNEY APPEARANCE: Lee Alan Ginsberg appearing for David Donado. (Ginsberg, Lee) (Entered: 03/06/2006) |
| 03/06/2006 | 62 | CJA 20 as to David Donado: Appointment of Attorney Lee Alan Ginsberg for Denise Donado.. (Signed by Judge Alvin K. Hellerstein on 7/20/07) CJA office mailed original to the attorney and sent a copy to the file. (fk) (Entered: 10/26/2007) |
| 03/16/2006 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein :Pretrial Conference as to David Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar held on 3/16/2006, as to David Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar; Pretrial Conference set for 5/3/2006 04:00 PM before Judge Alvin K. Hellerstein. Deft David Donado present with atty Alan Seidler for Lee Ginsberg; Denise Donado not present. Atty not present. Deft Nellie Agudelo-Piedrahita present with atty Howard Leader; Deft Jonathan Salazar present with atty Alan Seidler; Court reporter Carol Ganley present; Interpreter Mario Michelena present. Next conference is set for 5/3/06 at 4:00pm. Time excluded until 5/3/06; in the interest of justice; Deft's Denise Donado cont'd on bail. All other defts cont'd remanded. (fk) (Entered: 10/26/2007) |

| | | |
|---|---|---|
| 05/04/2006 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein :Pretrial Conference as to Alvaro Ardila-Rojas, David Donado, Denise Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar held on 5/4/2006. Deft Alvaro Ardila-Rojas present with atty Joaquin Perez by Lee Ginsberg; Deft David Donado present with atty Lee Ginsberg; Deft Denise Donado presence is waived by atty Sabrina Shroff; Deft Nellie Agudelo-Piedrahita present with atty Lee Ginsberg for Roberto Cardenas; Deft Jonathan Salazar present with atty Alan Seidler; AUSA Marc Berger present; Court reporter Elena Lynch present; Interpreter David Mintz present. Next PTC set for 6/19/06 at 9:30 am. Time excluded until 6/19/2006 in the interest of justice. Defts continue remanded. (fk) (Entered: 10/26/2007) |
| 05/04/2006 | | ORAL ORDER as to Alvaro Ardila-Rojas, David Donado, Denise Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar Time excluded from 5/4/2006 until 6/19/2006. As to Alvaro Ardila-Rojas, David Donado, Denise Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar Pretrial Conference set for 6/19/2006 09:30 AM before Judge Alvin K. Hellerstein. (fk) (Entered: 10/26/2007) |
| 06/16/2006 | 29 | TRANSCRIPT of Proceedings as to Alvaro Ardila-Rojas, Nellie Agudelo-Piedrahita, David Donado, Jonathan Salazar, Denise Donado held on 5/3/06 before Judge Alvin K. Hellerstein. (fk) (Entered: 10/26/2007) |
| 06/19/2006 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein :Pretrial Conference as to Alvaro Ardila-Rojas, David Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar held on 6/19/2006, as to Alvaro Ardila-Rojas, David Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar; Pretrial Conference set for 7/20/2006 09:30 AM before Judge Alvin K. Hellerstein. Deft Alvaro Ardila-Rojas present with atty Sabrina Shroff for Joaquin Perez; Deft Nellie Agudelo-Piedrahita present with atty Sabrina Shroff for Roberto Cardenas; Deft Denise Donado not present (excused) atty Sabrina Shroff present. Deft David Donado present with atty Louis Freeman for Lee Ginsberg; Deft Jonathan Salazar present with atty Alan Seidler; AUSA, Eric Snyder present for AUSA, Anirudh Bansal; Court Linda Fisher present; Intepreter Mirta Hess present. Next PTC is set for 7/20/06 at 9:30am. Time excluded until 7/20/06; in the interest of justice; Defts Ardila-Rojas, Piedrahita, David Donado and J. Salazar are cont'd remanded. Deft Denise Donado cont'd on bail. (fk) (Entered: 10/26/2007) |
| 06/29/2006 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF DOCUMENT ERROR. Note to Attorney J. Cardenas as to Alvaro Ardila-Rojas, David Donado, Denise Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar: to MANUALLY RE-FILE Document No. 32 LETTER. This document is not filed via ECF.(fk) (Entered: 10/26/2007) |
| 07/20/2006 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein :Pretrial Conference as to Alvaro Ardila-Rojas, David Donado, Denise Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar held on 7/20/2006. Deft N. Agudelo present with atty roy Kulscar. Deft David Donado present with atty Lee Ginsberg. Deft Denise Donado Not present. Atty Ginsberg present for Denise Donado. Deft A. Ardila-Rojas present with atty Samuel Viruet. Deft Jonathan Salazar present with atty Alan Seidler. AUSA Anirud Bansal present. Spanish Interpreter Sonia Berrah present. Court Reporter Mike McDaniel present. Next conference scheduled for Sept 6, 2006 at 10:30am. Time excluded in the interest of justice until Sept 6, 2006. (fk) (Entered: 10/26/2007) |
| 07/20/2006 | | ORAL ORDER as to Alvaro Ardila-Rojas, David Donado, Denise Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar Time excluded from 7/20/2006 until 9/6/2006. As to Alvaro Ardila-Rojas, David Donado, Denise Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar Pretrial Conference set for 9/6/2006 10:30 AM before Judge Alvin K. Hellerstein. (fk) (Entered: 10/26/2007) |
| 08/30/2006 | 35 | ORDER as to Alvaro Ardila-Rojas, David Donado, Denise Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar.... It is found that the Indictment in the above-captioned action is currently sealed and the USA's Office has applied to have that Indictment unsealed, it is therefore ORDERED that the Indictment in the above-mentioned action be unsealed and remain unsealed pending further order of the Court. (Signed by Judge Frank Maas on 8/30/06)(fk) (Entered: 10/26/2007) |
| 08/30/2006 | | INDICTMENT UNSEALED as to Jorge Ariel Diaz-Ramirez, Alvaro Ardila-Rojas, Nellie Agudelo-Piedrahita, Arturo Rojas-Jaime, David Donado, Carlos Lopez, Jonathan Salazar, Manuel Garcia, Denise Donado. (fk) (Entered: 10/26/2007) |
| 09/06/2006 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein :Pretrial Conference as to Alvaro Ardila-Rojas, David Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar held on 9/6/2006, as to Alvaro Ardila-Rojas, David Donado, Nellie Agudelo-Piedrahita, Jonathan Salazar; Pretrial Conference set for 10/10/2006 09:30 AM before Judge Alvin K. Hellerstein. Deft Ardila-Rojas present with atty Sabrina Shroff for Joaquin Perez; Deft David Donado present with atty Lee Ginsberg; Deft Donado not present (excused); Atty Sabrina Shroff present; Deft Agudelo-Piedrahita present with atty Roy Kulcsar pres. Deft Salazar present with atty Lee Ginsberg for Alan Seidler; AUSA Anirudh Bansal present. Spanish interpreter Mario Michelena present. Court reporter Alena Lynch present. Next conferece scheduled for 10/10/06 at 9:30am. Time excluded until 10/10/06; in the interest of justice. Deft Denise Donado cont'd on bail; All other defts cont'd remanded. (jw, ) (Entered: 09/07/2006) |
| 10/04/2006 | 37 | ENDORSED LETTER as to David Donado addressed to Judge Hellerstein from Lee Ginsberg dated 10/3/06 re: Reschedule Conference., as to David Donado; Pretrial Conference set for 10/11/2006 04:00 PM before Judge Alvin K. Hellerstein. Judge Memo-endorsed...SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 10/3/06)(jw, ) (Entered: 10/04/2006) |
| 11/01/2006 | | ORDER FOR PRE-SENTENCE INVESTIGATION REPORT as to David Donado (Signed by Judge Alvin K. Hellerstein on 11/1/06)(jw, ) (Entered: 11/03/2006) |
| 11/01/2006 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein: Change of Plea Hearing as to David Donado held on 11/1/2006. Deft present with atty Lee Ginsberg; AUSA, Anirudh Bansal; Court reporter Sam Mauro present. Interpreter David Mintz present. Deft withdraws previous plea of not guilty and enters a plea of guilty to count 1 of indictment S2 05 cr 708 and Count 2 of S2 03 cr 1188; PSI ordered; Sentencing set for January 24, 2007 at 9:30am; Deft cont'd remanded. (fk) (Entered: 10/26/2007) |
| 11/01/2006 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein : As to David Donado Sentencing set for 1/24/2007 at 09:30 AM before Judge Alvin K. Hellerstein. (fk) (Entered: 10/26/2007) |
| 11/01/2006 | | Change of Not Guilty Plea to Guilty Plea as to David Donado (5) Count 1ss. (fk) (Entered: 10/26/2007) |

| Date | Doc # | Description |
|---|---|---|
| 11/01/2006 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein : Plea entered by David Donado (5) Guilty as to Count 1ss. (fk) (Entered: 10/26/2007) |
| 11/03/2006 | | TRANSCRIPT of Proceedings as to David Donado held on 10/12/06 before Judge Alvin K. Hellerstein. Original Transcript filed under case #: 03cr1188, Document #: 14. (tro, ) Modified on 11/3/2006 (tro, ). (Entered: 11/03/2006) |
| 01/09/2007 | | TRANSCRIPT of Proceedings as to David Donado held on 11/1/06 before Judge Alvin K. Hellerstein. Original Transcript filed under Case #: 03cr1188, Document #: 16. (tro, ) (Entered: 01/09/2007) |
| 01/09/2007 | | TRANSCRIPT of Proceedings as to David Donado held on 11/1/06 before Judge Alvin K. Hellerstein. Original Transcript filed under Case #: 03cr1188, Document #: 17. (tro, ) (Entered: 01/09/2007) |
| 03/15/2007 | 45 | ENDORSED LETTER as to David Donado addressed to Judge Hellerstein from Attorney Lee Ginsberg dated 3/13/07 re: submitted to request an adjournment of thirty days for the sentencing of Mr. Donado, currently scheduled for 3/22/07. ENDORSEMENT: Sentencing is adjourned to April 27, 2007, at 11:30 a.m. (Signed by Judge Alvin K. Hellerstein on 3/14/07); refer to S2-03-Cr-1188(AKH) also. (bw) (Entered: 03/16/2007) |
| 03/15/2007 | | Set/Reset Hearings as to David Donado: Sentencing set for 4/27/2007 11:30 AM before Judge Alvin K. Hellerstein. (bw) (Entered: 03/16/2007) |
| 04/27/2007 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein :Sentencing held on 4/27/2007 for David Donado (5) Count 1ss. (fk) (Entered: 10/26/2007) |
| 04/27/2007 | | DISMISSAL OF COUNTS on Government Motion as to David Donado (5) Count 1,1s.. (fk) (Entered: 10/26/2007) |
| 05/29/2007 | | Case Designated ECF as to Jorge Ariel Diaz-Ramirez, Alvaro Ardila-Rojas, Nellie Agudelo-Piedrahita, Arturo Rojas-Jaime, David Donado, Carlos Lopez, Jonathan Salazar, Manuel Garcia, Denise Donado. (fk) (Entered: 10/26/2007) |
| 07/05/2007 | 56 | JUDGMENT as to David Donado (5), Count(s) 1, 1s, Dismissed; Count(s) 1ss, 87 months imprisonment to run concurrent. 3 years supervised release with supervision. $200.00 special assessment.Deft is notified of his right to appeal. (Signed by Judge Alvin K. Hellerstein on 7/5/07)(fk) Modified on 10/26/2007 (Keegan, Fiona). (Entered: 10/26/2007) |
| 07/05/2007 | | Judgment entered in money judgment book as #07,1288 as to David Donado in the amount of $ 200.00, re: 56 Judgment,. (fk) (Entered: 10/26/2007) |
| 07/05/2007 | 58 | NOTICE OF APPEAL (DUPLICATE ORIGINAL) by David Donado from 1. 56 Judgment. Copies sent to attorney(s) of record: A.U.S.A. (fk) (Entered: 10/26/2007) |
| 07/19/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to David Donado to US Court of Appeals re: [58] Notice of Appeal - Final Judgment. (fk) (Entered: 10/26/2007) |
| 07/23/2007 | 59 | TRANSCRIPT of Proceedings as to David Donado held on 4/27/07 before Judge Alvin K. Hellerstein. (jbe) (Entered: 07/23/2007) |
| 07/25/2007 | 61 | CJA 23 Financial Affidavit by David Donado. Judge's Endorsement: Approved. (Signed by Judge Alvin K. Hellerstein on 7/23/07); refer to 03-cr-1188 also. (bw) (Entered: 07/26/2007) |
| 08/17/2007 | | USCA Case Number 07-3109 from the Second Circuit as to David Donado, assigned to [58] Notice of Appeal - Final Judgment filed by David Donado. (fk) (Entered: 10/26/2007) |
| 10/30/2007 | | USCA SCHEDULING ORDER as to David Donado related to [58] Notice of Appeal - Final Judgment filed by David Donado, USCA Case Number 07-3109-cr. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 10/24/07. Appeal Record due by 11/8/2007. (tp) (Entered: 10/30/2007) |