*(handwritten, top left)* 2-24-08

**MANDATE**

*(handwritten, top right)*
SDNY/NYNY
05-Cr-708
Hellerstein

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O'Hagan Wolfe**
CLERK OF COURT

Date:           2/25/08

Docket Number: 07-3109-cr

Short Title:    USA v. Ardila-Rojas (Donado)

DC Docket Number: 05-cr-708

DC:        SDNY (NEW YORK CITY)

DC Judge: Honorable Alvin Hellerste

## MOTION INFORMATION FORM

*(stamp)* UNITED STATES COURT OF APPEALS FILED FEB 2 0 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT

Movant:

|  | Yes | No |
|---|---|---|
| Consent sought from adversary(ies)? | /__/ | /__/ |
| Consent obtained from adversary(ies)? | /__/ | /__/ |
| Is oral argument desired? | /__/ | /__/ |

## ORDER

IT IS HEREBY ORDERED that the motion to withdraw the appeal be and it hereby is (granted)   denied.

*(stamp)* UNITED STATES COURT OF APPEALS FILED MAR 0 3 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT

For the Court:

Catherine O'Hagan Wolfe, Clerk

By: *(signature)* Joy Fallek

Motion Staff Attorney

*(stamp)* A TRUE COPY Catherine O'Hagan Wolfe, Clerk by *(signature)* Ralph ... DEPUTY CLERK

ISSUED AS MANDATE: 3-26-08

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O'Hagan Wolfe**
**CLERK OF COURT**

Date:              2/25/08

Docket Number: 07-3109-cr

Short Title:       USA v. Ardila-Rojas (Donado)

DC Docket Number: 05-cr-708

DC:       SDNY (NEW YORK CITY)

DC Judge: Honorable Alvin Hellerste

## MOTION INFORMATION FORM

Movant:

UNITED STATES COURT OF APPEALS
FILED
FEB 2 0 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

|  | Yes | No |
|---|---|---|
| Consent sought from adversary(ies)? | /___/ | /___/ |
| Consent obtained from adversary(ies)? | /___/ | /___/ |
| Is oral argument desired? | /___/ | /___/ |

## ORDER

IT IS HEREBY ORDERED that the motion to withdraw the appeal be and it hereby is (granted)  denied.

UNITED STATES COURT OF APPEALS
FILED
MAR 0 3 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

For the Court:

Catherine O'Hagan Wolfe, Clerk

By: _Joy Fallek_

Motion Staff Attorney

IE MANDATE, CONSISTING OF
EMS BELOW, HAS BEEN RECEIVED
OPINION ( ) STATEMENT OF COSTS
ORDER
CEIVED BY:_____ DATE_____